[No. 10541–8–I.   Division One.   January 11, 1984.]

THOMAS ALFRED BAKKEN, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 861396, Fred P. Barnhart, J. Pro Tem., entered June 18, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, C.J., and Corbett, J.

[No. 10658–9–I.   Division One.   January 11, 1984.]

*In the Matter of the Estate of*
SHIRLEY V. ROGERS.

NORMADELL DOUBT, *Appellant*, v. DENISE BOHANNA, *as Executrix, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–4–01366–9, George H. Revelle, J., entered August 13, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, C.J., and Corbett, J.

[No. 11356–9–I.   Division One.   January 11, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM RAYMOND BATES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03319–5, Gary M. Little, J., entered March 17, 1982. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Swanson and Callow, JJ.